**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF CONTINUING ABATEMENT

Appellate case name:     Watts Regulator Co. v. Texas Farmers Insurance Company as
                         Subrogee of Juan Perez

Appellate case number:   01-16-00668-CV

Trial court case number: 2015-37398

Trial court:             127th District Court of Harris County

On November 8, 2016, this Court granted the parties' request to abate this appeal until February 2, 2017. On January 18, 2017, the parties filed a supplemental joint motion requesting that we continue to abate the appeal until May 2, 2017. The motion for continuing abatement is **granted**. The parties are ordered to provide this court with either a status update, a motion to reinstate, or a motion to dismiss by no later than **May 2, 2017**.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                        Acting individually

Date: January 24, 2017